IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. G-05-333 |
| UNITED TRANSPORTATION UNION, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

As set forth in the Court's Order entered this date, United Transportation Union's Motion for Summary Judgment is hereby **GRANTED**. Any and all of Plaintiffs' claims asserted against United Transportation Union in this action are hereby **DISMISSED WITH PREJUDICE**. All relief not herein provided is expressly **DENIED**. Each Party is to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 3rd day of November, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge